# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CHRISTOPHER FOSTER, et al, <br> *Plaintiff* <br> v. <br> SPOKANE COUNTY, WASHINGTON, et al, <br> *Defendant* | Civil Action No. 2:13-CV-411-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:



This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Peterson  on a motion for
  Summary Judgment (ECF No. 14), filed by Defendants' is GRANTED.


Date:  December 19, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy